# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORMA ZELLNER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-691-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint for Denial of Social Security Benefits (Doc. No. 1) filed May 6, 2005.

On June 28, 2006, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the Complaint be denied and the decision of the Commissioner be affirmed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Plaintiff's Complaint for Denial of Social Security benefits is DENIED and the decision of the Social Security Commissioner is AFFIRMED..

3. The clerk is directed to enter Judgment for the Defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of July, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE